UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
In re:                                                                    Chapter 11

PROSPECT 631 VENTURE CORPORATION,                    Case No.: 24-41116-jmm

                                    Debtor.
-----------------------------------------------------------X

### ORDER AUTHORIZING EMPLOYMENT AND RETENTION OF THE LAW OFFICES OF AVRUM J. ROSEN, PLLC AS ATTORNEYS FOR THE DEBTOR

Upon the application [Dkt. No. 16] (the "Application") of Prospect 631 Venture Corporation, the above-captioned debtor and debtor in possession (the "Debtor"), for the entry of an order, pursuant to section 327(a) of Title 11 of the United States Code (the "Bankruptcy Code"), Rules 2014 and 2016(b) of the Federal Rules of Bankruptcy Procedure and E.D.N.Y. LBR 2014-1, authorizing the employment the Law Offices of Avrum J. Rosen, PLLC (the "Firm"), as attorneys for the Debtor effective as of March 13, 2024 to the Debtor; and upon the affidavit of Avrum J. Rosen, Esq., which is annexed to the Application (the "Affidavit") and "Lar-Dan" declaration of Adler Milord on behalf of Milord Equity, LLC; and it appearing that Avrum J. Rosen Esq. is a "disinterested person" within the meaning of sections 101(14) and 327 of the Bankruptcy Code and does not hold or represent any interest adverse to the Debtor's estate; and this Court having determined that employment of the Firm by the Debtor is in the best interests of the Debtor, its estate and its creditors; and adequate notice of the Application having been given; and after due deliberation and sufficient cause appearing therefor; it is hereby

**ORDERED**, that pursuant to section 327(a) of the Bankruptcy Code and Bankruptcy Rule 2014, the Debtor is authorized to employ the Firm as its counsel, effective as of March 13, 2024; and it is further

**ORDERED**, that the Firm shall seek compensation for its services and reimbursement of its expenses upon application to the Court, and upon notice and a hearing, pursuant to 11 U.S.C. §§ 330 and 331, Bankruptcy Rule 2016, E.D.N.Y. LBR 2016 and the Guidelines of the Office of the United States Trustee; and it is further

**ORDERED**, that the Firm shall apply the remaining amount of any pre-petition retainer as a credit towards post-petition fees and expenses, after such post-petition fees and expenses are first approved pursuant to an order of the Court; and it is further

**ORDERED**, that prior to any increases in the Firm's rates, the Firm shall file a supplemental affidavit with the Court and provide ten business days' notice to the Debtor, the United States Trustee and any official committee, which supplemental affidavit shall explain the basis for the requested rate increases in accordance with Section 330(a)(3)(F) of the Bankruptcy Code and state whether the Debtor has consented to the rate increase. The United States Trustee retains all rights to object to any rate increase on all grounds including, but not limited to, the reasonableness standard provided for in section 330 of the Bankruptcy Code, and all rates and rate increases are subject to review by the Court; and it is further

**ORDERED**, that, notwithstanding any provision to the contrary in the Application or the Affidavit, the Court may retain jurisdiction to hear and to determine all matters arising from or related to implementation of this Order.

**NO OBJECTION:**
**WILLIAM K HARRINGTON**
**UNITED STATES TRUSTEE, REGION 2**

By:_/s/ Shannon Scott, Esq._____
Shannon Scott
Trial Attorney
Office of the United States Trustee
Alexander Hamilton Custom House
One Bowling Green, Room 510
New York, NY 10004
(202) 573-6935

Dated: New York, New York
         June 27, 2024

Dated: September 5, 2024
         Brooklyn, New York



**Jil Mazer-Marino**
**United States Bankruptcy Judge**