| | |
|---|---|
| **Law Offices of Avrum J. Rosen, PLLC** | **Hearing Date: March 19, 2025** |
| | **Hearing Time: 10:00 a.m.** |
| 38 New Street | **Objection Deadline: March 12, 2025** |
| Huntington, New York 11743 | |
| (631) 423-8527 | |
| Avrum J. Rosen, Esq. | |
| Alex E. Tsionis, Esq. | |

*Counsel to the Debtor and Debtor in Possession*

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------------------------------X
In re:                                                                      Chapter 11

PROSPECT 631 VENTURE CORPORATION,        Case No.: 24-41116-jmm

                              Debtor.
----------------------------------------------------------X

## NOTICE OF MOTION OF DEBTOR'S OBJECTION TO CLAIM NO. 2 FILED BY JP MORGAN CHASE BANK, NATIONAL ASSOCIATION, AS SERVICER FOR CITIBANK, N.A.

PLEASE TAKE NOTICE, that on March 19, 2025 at 10:00 a.m., a hearing (the "Hearing") will be conducted before the Honorable Jil Mazer-Marino, United States Bankruptcy Judge, Eastern District of New York, on the application (the "Application") of Prospect 631 Venture Corporation, the debtor and debtor in possession (the "Debtor"), as and for its Objection to Claim No. 2(the "POC"), (the "Motion") seeking the entry of an order Objection to Claim No. 2(the "POC"),  annexed hereto as Exhibit "A", filed  by JPMorgan Chase Bank, National Association, as servicer for Citibank, N.A.("CitiBank") pursuant to sections 105, 501, 502,  and 724(a) of Title 11 of the United States Code (the "Bankruptcy Code, Rules 3007, 6009 and 7001 of the Bankruptcy Code, Federal Rule of Bankruptcy Procedure ("Bankruptcy Rule").

PLEASE TAKE FURTHER NOTICE, that all hearing participants must register with eCourt Appearances two days in advance of all appearances. Registration is required by both attorneys and non-attorneys. If you have a CM/ECF account, you may access eCourt Appearances in the "Utilities" menu after logging into CM/ECF. If you do not have a CM/ECF

account, you may access eCourt Appearances on the Court's website at https://ecf.nyeb.uscourts.gov/cgi-bin/eCourtAppearances.pl. Those unable to access eCourt Appearances must email Judge Mazer-Marino's Courtroom Deputy at: jmm_hearings@nyeb.uscourts.gov at least two (2) business days prior to the hearing. Your email must include your name, case number, who you represent (if you are an attorney), hearing date, and phone number. The subject line of the email must include "I am not able to register using eCourt Appearances."

PLEASE TAKE FURTHER NOTICE, that objections if any, to the Application must be in writing, conform with the Bankruptcy Code, the Bankruptcy Rules and the E.D.N.Y. Local Bankruptcy Rules, state with particularity the grounds therefor and be filed with the Bankruptcy Court no later than March 12, 2025 as follows: (i) through the Court's CM/ECF system, which may be accessed through the internet at the Court's website at https://www.nyeb.uscourts.gov/ and in portable document format (PDF) using Adobe Exchange Software for conversion; or (ii) if a party is unavailable to file electronically, such party shall submit the objection in PDF format on portable media in an envelope with the case name, case number, type and title of document, document number to which the objection refers and the file name on the outside of the envelope.

PLEASE TAKE FURTHER NOTICE, that the Hearing on the Application may be adjourned from time to time without any other announcement other than that set forth in open Court.

Dated:  February 16, 2025      **Law Offices of Avrum J. Rosen, PLLC**
        Huntington, New York

*Counsel for Prospect 631 Venture Corporation*

By:    *S/Avrum J. Rosen_____*
      Avrum J. Rosen
      38 New Street
      Huntington, New York 11743
      Tel: (631) 423-8527
      arosen@ajrlawny.com